AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00615-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Bankroll Capital, Inc**
was received by me on *(date)* **06/16/2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Alex Morgan, Authorized Agent for Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **California Corporate Agents, Inc 2108 N Street # C; Sacramento CA** on *(date)* **06/20/2023** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **60.00** for travel and $ _____ for services, for a total of $ **60.00**.

I declare under penalty of perjury that this information is true.

Date: **06/21/2023**

*Server's signature*

Jenice Rossner, Process Server
*Printed name and title*

3104 O Street, #230
Sacramento, CA 95816

*Server's address*

Additional information regarding attempted service, etc:
DOCUMENTS SERVED:
Summons, Complaint, Civil Case Cover Sheet