# EXHIBIT A

**Chris Miltenberger**

| | |
|---|---|
| **From:** | Krueger, David <DKrueger@beneschlaw.com> |
| **Sent:** | Thursday, July 27, 2023 1:33 PM |
| **To:** | Chris Miltenberger |
| **Subject:** | RE: Barack et al v Bankroll Capital, Inc. |

Hi Chris,

Bankroll has not retained us in that matter.


Bio

David M. Krueger
Partner | Litigation
Benesch Friedlander Coplan & Aronoff LLP

t: 216.363.4683 | m: 440.313.2974
DKrueger@beneschlaw.com | www.beneschlaw.com
200 Public Square, Suite 2300, Cleveland, OH 44114-2378

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

*Please note that effective August 1, 2023 our new address will be 127 Public Square, Suite 4900, Cleve*

**From:** Chris Miltenberger <chris@crmlawpractice.com>
**Sent:** Tuesday, July 25, 2023 10:19 AM
**To:** Cuadros, Natalie <NCuadros@beneschlaw.com>; Krueger, David <DKrueger@beneschlaw.com>; Dagon, John <JDagon@beneschlaw.com>
**Subject:** Barack et al v Bankroll Capital, Inc.

Natalie/David/John:

I see that your firm represents Bankroll Capital in Case No. 8:22-cv-01515-JWH(KESx) in the Central District of California.

My clients sued Bankroll Capital in the Northern District of Texas. A copy of the Complaint is attached. Bankroll Capital has not filed an answer or otherwise appeared in the matter. Judge O'Connor is requesting a status report about how to proceed. See attached.

Please let me know if your firm represents Bankroll Capital and if so whether Bankroll Capital plans to appear in the *Barack* action.

I look forward to hearing from you.

Thank you.

**Chris Miltenberger, Esq.**
Law Office of Chris R. Miltenberger, PLLC

1

1360 N. White Chapel Blvd., Suite 200
Southlake, Texas 76092
P: 817-416-5060
Cell: 817-296-0422 (personal)
Fax: 817-416-5062

www.MiltenbergerLaw.com

chris@crmlawpractice.com



2