UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL BARACK; MICHELLE BARACK; and GERALD BUSBEE, individually and on behalf of a class, § § § § § § § § § § § § | |
| Plaintiffs, | Civil Case No. 4:23-cv-00615-O |
| v. | |
| BANKROLL CAPITAL INC., | |
| Defendant. | |

## ORDER REGARDING CLASS CERTIFICATION AND DISCOVERY

Before the Court is Plaintiffs' Status Report (ECF No. 7), filed July 31, 2023. Having reviewed the same, the Court **GRANTS** Plaintiffs' request for six months to conduct class discovery and to file a motion for class certification and **ORDERS** Plaintiffs to file a motion for leave to conduct discovery in support of class certification **no later than September 11, 2023**. Such motion shall propose specific dates by which Plaintiffs shall (1) conclude class discovery and (2) file a motion for class certification.

**SO ORDERED** this **15th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE