# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **Michael Barack, Michelle Barack**, and **Gerald Busbee**, individually and on behalf of a class | § § § § | |
| Plaintiffs, | § § § | |
| | § | CA No: 4:23-cv-00615-O |
| v. | § § | |
| **Bankroll Capital Inc.** | § § | |
| Defendant | § | |

## PLAINTIFFS' MOTION FOR LEAVE TO CONDUCT DISCOVERY IN SUPPORT OF CLASS CERTIFICATION

Per the Court's order dated August 15, 2023 (ECF No. 8) Plaintiffs file this motion for leave to conduct discovery in support of class certification.

Plaintiffs request that the period for class discovery end on February 16, 2024. Plaintiffs further request that Plaintiff's motion for class certification be due on February 23, 2024.

Respectfully submitted,

By:   */s/ Chris R. Miltenberger*
      Chris R. Miltenberger
      Texas Bar Number: 14171200

—1—

___

PLAINTIFFS' MOTION FOR LEAVE

**The Law Office of Chris R. Miltenberger, PLLC**

1360 N. White Chapel, Suite 200
Southlake, Texas 76092-4322
817-416-5060 (office)
817-416-5062 (fax)
chris@crmlawpractice.com

Designated as Lead Attorney

**Attorney for Plaintiff**

**Certificate of Service**

The undersigned certifies that the foregoing document was filed electronically through the Court's CM/ECF system in compliance with the Local Rules.  Defendant has not yet appeared.

By:   */s/ Chris R. Miltenberger*
      Chris R. Miltenberger