**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| **MICHAEL BARACK; MICHELLE BARACK; and GERALD BUSBEE,** individually and on behalf of a class,  §§§§ | |
| Plaintiffs, § | Civil Case No. 4:23-cv-00615-O |
| § | |
| v. § | |
| § | |
| **BANKROLL CAPITAL INC.,** § | |
| § | |
| Defendant. § | |

**ORDER ON MOTION FOR LEAVE TO CONDUCT DISCOVERY**

Before the Court is Plaintiffs' Motion for Leave to Conduct Discovery in Support of Class Certification (ECF No. 9), filed September 8, 2023. Having reviewed the same, the Court **GRANTS** the motion for leave to conduct class discovery and **ORDERS** Plaintiffs to: (1) conclude class discovery **no later than February 16, 2024**; and (2) file a motion for class certification **no later than February 23, 2024**.

**SO ORDERED** on this **12th day** of **October, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE