# UNITED STATES DISTRICT COURT
### Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **Michael Barack, Michelle Barack**, and **Gerald Busbee**, individually and on behalf of a class § § § § Plaintiffs, § § § v. § § **Bankroll Capital Inc.** § § Defendant § | CA No: 4:23-cv-00615-O |

### [Proposed] Order

In the above stated action, Defendant, Bankroll Capital Inc. ("Bankroll Capital"), has failed to appear, plead or otherwise defend after being properly served with a summons and copy of the complaint. Therefore, on request of the Plaintiffs, Michael Barack, Michelle Barack, and Gerald Busbee, and in accordance with Federal Rule of Civil Procedure 55(b), this Court hereby enters a Default Judgment against Bankroll Capital in the following amounts:

| Michael Barack | $19,500.00 |
|---|---|
| Michelle Barack | $6,500.00 |
| Gearald Busbee | $13,000.00 |

Costs in the amount of $402.00 are also taxed against Bankroll Capital.

Dated: _____

_____
United States District Judge