UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL BARACK, MICHELLE BARACK, *and* GERALD BUSBEE, *individually and on behalf of a class*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BANKROLL CAPITAL INC., <br><br> *Defendant*. | § § § § § § § § § § § § §   Civil Case No. 4:23-cv-00615-O |

## ORDER

Before the Court is Plaintiffs' Motion for Default Judgment (ECF No. 13), filed February 6, 2024. The Clerk of Court entered default against Defendant on January 17, 2024. *See* Clerk's Entry of Default, ECF No. 12.

The Court hereby **REFERS** this Motion and all related responses, replies, briefs in support, and appendices, etc., to United States Magistrate Judge Ray for hearing, if necessary, and final determination. *See* 28 U.S.C. § 636(b). Further pleadings concerning this Motion shall be filed with a transmittal letter addressed to Judge Ray so that copies may be sent directly to him without delay.

**SO ORDERED** on this **8th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE