IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **MICHAEL BARACK**, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00615-O |
| § | |
| **BANKROLL CAPITAL, INC.,** § | |
| § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiffs' Motion for Default Judgment (ECF No. 13) is **GRANTED**, and **default judgment** is **ENTERED** against Defendant Bankroll Capital Inc. in favor of Plaintiff Michael Barack in the amount of $19,500.00, Plaintiff Michelle Barack in the amount of $6,500.00, and Plaintiff Gerald Busbee in the amount of $13,000.00. Defendant **SHALL** bear costs of the court in the amount of $402.00.

SO ORDERED on this **14th** day of **June, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE