IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MICHAEL BARACK,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00615-O |
| | § | |
| **BANKROLL CAPITAL, INC.,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.  Plaintiff's motion for default judgment (ECF No. 13) is **GRANTED**.

2.  The material allegations of the Original Complaint (ECF No. 1) are deemed admitted as to Defendant.

3.  **Default judgment** is **ENTERED** against Defendant in favor of Plaintiff Michael Barack in the amount of $19,500.00, Plaintiff Michelle Barack in the amount of $6,500.00, and Plaintiff Gerald Busbee in the amount of $13,000.00.

4.  Costs in the amount of $402.00 are to be taxed against Defendant.

5.  The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **14th** day of **June, 2024.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**